UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 18-28887 |
|---|---|---|
| GLENN ROBERTELLO, Debtor | Chapter: | 13 |
| | Judge: | KCF |

### NOTICE OF PROPOSED PRIVATE SALE

_____Glenn Robertello_____, _____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clerk, Bankruptcy Court
District of New Jersey
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable ___Kathryn C. Ferguson___ on ___May 22, 2019___ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __2__, ___Trenton, New Jersey___. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  43 Oak Hill Drive, Toms River, NJ 08753

Proposed Purchaser:  Pierce Arrow Holding, LLC

Sale price:  147,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Pittenger Realty / Century 21 Lawrence Realty / William H. Oliver, Jr.
Amount to be paid:  3% of Sale Price / 3% of Sale Price / Amount as will appear in HUD
Services rendered:  Real Estate Broker / Real Estate Broker / Attorney for Seller

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: William H. Oliver, Jr., Esq

Address: 2240 Highway 33, Suite 112, Neptune, NJ 07753

Telephone No.: 732-988-1500

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-28887-KCF
Glenn Angelo Robertello                                                Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 2         Date Rcvd: Apr 16, 2019
                            Form ID: pdf905          Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2019.
```
db          +Glenn Angelo Robertello,   43 Oakhill Drive,   Toms River, NJ 08753-1771
r           +Pittenger Realty,   2240 Highway 33, Suite 111,   Neptune, NJ 07753-6121
cr          +U.S. BANK NATIONAL ASSOCIATION,   RAS Citron, LLC,   130 Clinton Road, Suite 202,
              Fairfield, NJ 07004-2927
517770699   +RJM Acquistions, LLC,   c/o David J. Apothaker, Esq.,   520 Fellowship Road C306,
              Mount Laurel, NJ 08054-3410
517770700  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
              TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,   Division of Taxation,   Bankruptcy Unit,
              P.O. Box 245,   Trenton, NJ 08695-0245)
517770701  ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
             (address filed with court:  Toyota Financial Services,   Attn: Bankruptcy,   Po Box 8026,
              Cedar Rapids, IA 52409)
517872780   +Toyota Motor Credit Corporation,   PO Box 9013,   Addison, Texas 75001-9013
517770702   +US BankCorp,   Attn: Bankruptcy,   Po Box 5229,   Cincinnati, OH 45201-5229
517891817    USB Leasing LT,   c/o U.S. Bank National Association,   Bankruptcy Department,   PO Box 5229,
              Cincinnati, Ohio 45201-5229
517770703   +West Coast Servicing, Inc,   c/o Udren Law,   111 Woodcrest Rd Ste 200,
              Cherry Hill, NJ 08003-3620
517770704   +West Coast Servicing, Inc.,   7911 Warner Ave.,   Huntington Beach, CA 92647-4707
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Apr 17 2019 00:56:52     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 17 2019 00:56:49     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517770698    E-mail/Text: cio.bncmail@irs.gov Apr 17 2019 00:56:20     Internal Revenue Service,
              PO Box 7346,   Philadelphia, PA 19101-7346
517774632   +E-mail/PDF: gecsedi@recoverycorp.com Apr 17 2019 00:58:51     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 4
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
lm*         +West Coast Servicing Inc.,   7911 Warner Avenue,,   Huntington Beach, ca 92647-4707
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 16, 2019 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           ajennings@rasflaw.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    West Coast Servicing, Inc.
           debersole@hoflawgroup.com, pfranz@hoflawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Loss Mitigation    West Coast Servicing Inc. bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Apr 16, 2019
                              Form ID: pdf905          Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
        William H. Oliver, Jr.   on behalf of Debtor Glenn Angelo Robertello bkwoliver@aol.com, R59915@notify.bestcase.com

                                                                         TOTAL: 8