

Order Filed on April 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Maritech ATM, LLC

Case No.:  19-15212

Chapter:  11

Hearing Date:

Judge:  Kathryn C. Ferguson

# ORDER VACATING

## Certification of No Objection re: Settlement of Controversy

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Certification of No Objection re: Settlement of Controversy

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated     Aprl 10, 2018    , be and the same is hereby vacated.

*revised 2/25/14*