

Order Filed on April 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

Glenn Angelo Robertello

Case No.:        18-28887

Chapter:              13

Hearing Date:

Judge:    Kathryn C. Ferguson

## ORDER VACATING

## Certification of No Objection re: Private Sale

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Certification of No Objection re: Private Sale

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated        Aprl 18,  2018        , be and the same is hereby vacated.

*revised 2/25/14*