Order Filed on April 24, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>Glenn Angelo Robertello | Case No.:      18-28887     <br><br>Chapter:              13          <br><br>Hearing Date: _____<br><br>Judge:   Kathryn C. Ferguson   |

**ORDER VACATING**

           Certification of No Objection re: Private Sale          

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 24, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The Court on its own motion finds that the:

## Certification of No Objection re: Private Sale

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order, dated _____Aprl 18,  2018_____, be and the same is hereby vacated.

*revised 2/25/14*

United States Bankruptcy Court
District of New Jersey

In re:                                                                       Case No. 18-28887-KCF
Glenn Angelo Robertello                                                      Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1           Date Rcvd: Apr 24, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
db                +Glenn Angelo Robertello,    43 Oakhill Drive,   Toms River, NJ 08753-1771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:
    Albert Russo    docs@russotrustee.com
    Aleisha Candace Jennings    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
     ajennings@rasflaw.com
    Danielle Boyle-Ebersole    on behalf of Creditor   West Coast Servicing, Inc.
     debersole@hoflawgroup.com, pfranz@hoflawgroup.com
    Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
     kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
    Kevin M. Buttery    on behalf of Loss Mitigation   West Coast Servicing Inc. bkyefile@rasflaw.com
    Laura M. Egerman    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
     bkyecf@rasflaw.com;legerman@rasnj.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
    William H. Oliver, Jr.    on behalf of Debtor Glenn Angelo Robertello bkwoliver@aol.com,
     R59915@notify.bestcase.com
                                                                                   TOTAL: 8