Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

           Case No.: 18−28887−KCF  
           Chapter: 13  
           Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
    Glenn Angelo Robertello  
    43 Oakhill Drive  
    Toms River, NJ 08753

Social Security No.:  
    xxx−xx−3224

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

    Notice is hereby given that a Plan was confirmed in this matter on March 5, 2019.

    On 5/14/2019 the debtor filed a modification to the Plan.

    Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:          June 26, 2019  
Time:         10:00 AM  
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

    Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 15, 2019  
JAN: vpm

                                                                                           Jeanne Naughton  
                                                                                           Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                     Case No. 18-28887-KCF
Glenn Angelo Robertello                                    Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-3        User: admin            Page 1 of 2       Date Rcvd: May 15, 2019
                            Form ID: 185           Total Noticed: 16


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
db             #+Glenn Angelo Robertello,    43 Oakhill Drive,    Toms River, NJ 08753-1771
r              +Century 21 Lawrence Realty,    1831 Route 88,    Brick, NJ 08724-3533
r              +Pittenger Realty,   2240 Highway 33, Suite 111,    Neptune, NJ 07753-6121
cr             +U.S. BANK NATIONAL ASSOCIATION,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                Fairfield, NJ 07004-2927
517770699      +RJM Acquistions, LLC,    c/o David J. Apothaker, Esq.,    520 Fellowship Road C306,
                Mount Laurel, NJ 08054-3410
517770700     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                P.O. Box 245,    Trenton, NJ 08695-0245)
517770701     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                Cedar Rapids, IA 52409)
517872780      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517770702      +US BankCorp,   Attn: Bankruptcy,    Po Box 5229,    Cincinnati, OH 45201-5229
517891817       USB Leasing LT,   c/o U.S. Bank National Association,    Bankruptcy Department,    PO Box 5229,
                Cincinnati, Ohio 45201-5229
517770703      +West Coast Servicing, Inc,   c/o Udren Law,    111 Woodcrest Rd Ste 200,
                Cherry Hill, NJ 08003-3620
517770704      +West Coast Servicing, Inc.,    7911 Warner Ave.,    Huntington Beach, CA 92647-4707

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2019 23:53:34     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 23:53:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517770698       E-mail/Text: cio.bncmail@irs.gov May 15 2019 23:52:44     Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517774632      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2019 23:56:45     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +West Coast Servicing Inc.,   7911 Warner Avenue,,    Huntington Beach, ca 92647-4707
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
               ajennings@rasflaw.com
              Danielle Boyle-Ebersole    on behalf of Creditor    West Coast Servicing, Inc.
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
```

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: May 15, 2019
                              Form ID: 185               Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
          kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin M. Buttery    on behalf of Loss Mitigation    West Coast Servicing Inc. bkyefile@rasflaw.com
          Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
          bkyecf@rasflaw.com;legerman@rasnj.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Glenn Angelo Robertello bkwoliver@aol.com,
          R59915@notify.bestcase.com

                                                                                                        TOTAL: 8