Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–28887–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Glenn Angelo Robertello
    43 Oakhill Drive
    Toms River, NJ 08753
Social Security No.:
    xxx–xx–3224
Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 15, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 76 – 59
Order Granting Motion For Relief From Stay re: 2018 Dodge RAM 1500 (Related Doc # 59). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/13/2019. (ghm)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 15, 2019
JAN: ghm

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Glenn Angelo Robertello
    Debtor

Case No. 18-28887-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: May 15, 2019
                  Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2019.
cr          +U.S. BANK NATIONAL ASSOCIATION,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
           Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2019 at the address(es) listed below:
       Albert   Russo    docs@russotrustee.com
       Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
       ajennings@rasflaw.com
       Danielle   Boyle-Ebersole    on behalf of Creditor    West Coast Servicing, Inc.
       debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
       Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
       Kevin M. Buttery    on behalf of Loss Mitigation    West Coast Servicing Inc. bkyefile@rasflaw.com
       Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
       William H. Oliver, Jr.    on behalf of Debtor Glenn Angelo Robertello bkwoliver@aol.com,
       R59915@notify.bestcase.com
                                                  TOTAL: 8