Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–28887–KCF
Chapter:  13
Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Glenn Angelo Robertello
    43 Oakhill Drive
    Toms River, NJ 08753
Social Security No.:
    xxx–xx–3224
Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on May 23, 2019, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 82 – 70
Order Granting Application to Employ Professional Pittenger Realty as Real Estate LISTING Broker (Related Doc # 70). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 5/16/2019. (kmf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: May 23, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Glenn Angelo Robertello
      Debtor

Case No. 18-28887-KCF
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1          Date Rcvd: May 23, 2019
                               Form ID: orderntc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
r          +Pittenger Realty,   2240 Highway 33, Suite 111,   Neptune, NJ 07753-6121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
      Albert  Russo   docs@russotrustee.com
      Aleisha Candace Jennings   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION
      ajennings@rasflaw.com
      Danielle  Boyle-Ebersole   on behalf of Creditor   West Coast Servicing, Inc.
      debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
      Kevin Gordon McDonald   on behalf of Creditor   Toyota Motor Credit Corporation
      kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
      Kevin M. Buttery   on behalf of Loss Mitigation   West Coast Servicing Inc. bkyefile@rasflaw.com
      Laura M. Egerman   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
      bkyecf@rasflaw.com;legerman@rasnj.com
      U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.   on behalf of Debtor Glenn Angelo Robertello bkwoliver@aol.com,
      R59915@notify.bestcase.com
                                        TOTAL: 8