| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>William H. Oliver, Jr., Esq.<br>Brandywine Commons<br>2240 State Highway 33, Suite 112<br>Neptune, NJ  07753 | **Order Filed on May 16, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>GLENN ANGELO ROBERTELLO<br><br>                              Debtor | Case No.:     18-28887<br><br>Judge:             KCF<br><br>Chapter:            13 |

Recommended Local Form:     ☒ Followed     ☐ Modified

## ORDER AUTHORIZING
## RETENTION OF  Century 21 Lawrence Realty -Selling Brkr

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: May 16, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

In re:     Glenn Robertello

Case No.:  18-28887

Applicant: Glenn Robertello

(check all that apply)  ☐ Trustee:  ☐ Chap. 7   ☐ Chap. 11   ☐ Chap. 13.

☒ Debtor:  ☐ Chap. 11   ☒ Chap. 13

☐ Official Committee of _____

Name of Professional:      Century 21 Lawrence Realty

Address of Professional:   1831 Route 88

                           Brick, NJ 08724

☐ Attorney for (check all that apply):
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☐ Accountant for:
  ☐ Trustee   ☐ Debtor-in-Possession
  ☐ Official Committee of _____

☒ Other Professional:
  ☒ Realtor   ☐ Appraiser   ☐ Special Counsel   ☐ Auctioneer
  ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

*Rev. 6/1/06; jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-28887-KCF
Glenn Angelo Robertello                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1            Date Rcvd: May 23, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2019.
db         #+Glenn Angelo Robertello,    43 Oakhill Drive,    Toms River, NJ 08753-1771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
      Albert Russo    docs@russotrustee.com
      Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
       ajennings@rasflaw.com
      Danielle Boyle-Ebersole    on behalf of Creditor    West Coast Servicing, Inc.
       debersole@hoflawgroup.com, pfranz@hoflawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Loss Mitigation    West Coast Servicing Inc. bkyefile@rasflaw.com
      Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor Glenn Angelo Robertello bkwoliver@aol.com,
       R59915@notify.bestcase.com
                                                                                          TOTAL: 8