UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

**Order Filed on May 30, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

GLENN ANGELO ROBERTELLO

| | |
|---|---|
| Case No.: | 18-28887 |
| Hearing Date: | 05-22-19 @ 9AM |
| Chapter: | 13 |
| Judge: | KCF |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

Recommended Local Form:   ☐ Followed    ☐ Modified

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: May 30, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to sell the real property commonly known as _____43 Oak Hill Drive, Toms River, NJ 08753_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☒   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

| | |
|---|---|
| Name of professional: | Pittenger Realty / Century 21 Lawrence Realty / William H. Oliver, Jr. |
| Amount to be paid: | 3% of Sale Price / 3% of Sale Price / Amount as will appear in HUD |
| Services rendered: | Real Estate Broker / Real Estate Broker / Attorney for Seller |

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of $___19,398.95___ claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☒ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 18-28887-KCF
Glenn Angelo Robertello                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1           Date Rcvd: May 30, 2019
                            Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2019.
db              #+Glenn Angelo Robertello,    43 Oakhill Drive,    Toms River, NJ 08753-1771

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
       ajennings@rasflaw.com
      Danielle  Boyle-Ebersole    on behalf of Creditor    West Coast Servicing, Inc.
       debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Loss Mitigation    West Coast Servicing Inc. bkyefile@rasflaw.com
      Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor Glenn Angelo Robertello bkwoliver@aol.com,
       R59915@notify.bestcase.com
                                                                                                               TOTAL: 8