Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                Case No.:  18−28887−KCF
                Chapter:  13
                Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Glenn Angelo Robertello
    313 Merrimac Road
    Forked River, NJ 08731

Social Security No.:
    xxx−xx−3224

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:      7/18/19
Time:      02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
William H. Oliver, Jr., Debtor's Attorney

COMMISSION OR FEES
fee: $3,500

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: June 14, 2019
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-28887-KCF
Glenn Angelo Robertello                                             Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Jun 14, 2019
                              Form ID: 137             Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2019.
```
db             +Glenn Angelo Robertello,    313 Merrimac Road,    Forked River, NJ 08731-1711
r              +Century 21 Lawrence Realty,    1831 Route 88,    Brick, NJ 08724-3533
r              +Pittenger Realty,    2240 Highway 33, Suite 111,    Neptune, NJ 07753-6121
cr             +U.S. BANK NATIONAL ASSOCIATION,    RAS Citron, LLC,    130 Clinton Road, Suite 202,
                 Fairfield, NJ 07004-2927
517770699      +RJM Acquistions, LLC,    c/o David J. Apothaker, Esq.,    520 Fellowship Road C306,
                 Mount Laurel, NJ 08054-3410
517770700     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court:   State of New Jersey,    Division of Taxation,    Bankruptcy Unit,
                 P.O. Box 245,    Trenton, NJ 08695-0245)
517770701     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Financial Services,    Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
517872780      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517770702      +US BankCorp,    Attn: Bankruptcy,   Po Box 5229,    Cincinnati, OH 45201-5229
517891817       USB Leasing LT,    c/o U.S. Bank National Association,    Bankruptcy Department,    PO Box 5229,
                 Cincinnati, Ohio 45201-5229
517770703      +West Coast Servicing, Inc,    c/o Udren Law,    111 Woodcrest Rd Ste 200,
                 Cherry Hill, NJ 08003-3620
517770704      +West Coast Servicing, Inc.,    7911 Warner Ave.,    Huntington Beach, CA 92647-4707
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 15 2019 00:09:36     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 15 2019 00:09:31     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517770698       E-mail/Text: cio.bncmail@irs.gov Jun 15 2019 00:08:58      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517774632      +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 00:15:26     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 4
```
```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*            +West Coast Servicing Inc.,    7911 Warner Avenue,,    Huntington Beach, ca 92647-4707
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2019 at the address(es) listed below:
```
          Albert   Russo    docs@russotrustee.com
          Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
           ajennings@rasflaw.com
          Danielle  Boyle-Ebersole    on behalf of Creditor    West Coast Servicing, Inc.
           debersole@hoflawgroup.com, pfranz@hoflawgroup.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
```

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Jun 14, 2019
                              Form ID: 137             Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Kevin M. Buttery    on behalf of Loss Mitigation    West Coast Servicing Inc. bkyefile@rasflaw.com
           Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.    on behalf of Debtor Glenn Angelo Robertello bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                             TOTAL: 9