UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
WILLIAM H. OLIVER, JR.
2240 Highway 33
Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorney for Debtor(s)
WO-7129

In Re:

Glenn Robertello
                Debtors

Case No.: 18-28887

Adv. No:

Hearing Date: 06/26/2019 @ 9:00 a.m.

Chapter: 13

Judge: Kathryn C. Ferguson

## CERTIFICATION IN OPPOSITION TO TRUSTEE MOTION TO DISMISS

    I, William H. Oliver, Jr., attorney for the Debtor in the above-captioned matter, hereby certifies and says:

1. We have reached out to the debtor to schedule an appointment to discuss the Chapter 13 case and the pending motion. Upon meeting with the debtor, we will advise how we wish to proceed.

    I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 19, 2019

                                      /s/ William H. Oliver
                                      William H. Oliver, Jr.
                                      Attorney for Debtor