UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on January 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

  GLENN ANGELO ROBERTELLO,

                      Debtor

| | |
|---|---|
| Case No.: | 18-28887 |
| Chapter: | 13 |
| Hearing Date: | 1/8/20 @ 2:00 pm |
| Judge: | Michael B. Kaplan |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through   2   is hereby **ORDERED**.

**DATED: January 10, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ ___1,655.25___ for services rendered and expenses in the amount of $____181____ for a total of $___1,836.25___ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $___445___ per month for __45__ months to allow for payment of the aforesaid fee.

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                              Case No. 18-28887-MBK
Glenn Angelo Robertello                                             Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1            Date Rcvd: Jan 10, 2020
                              Form ID: pdf903          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2020.
db             +Glenn Angelo Robertello,    313 Merrimac Road,    Forked River, NJ 08731-1711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2020 at the address(es) listed below:
      Albert    Russo     docs@russotrustee.com
      Aleisha Candace Jennings    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION
       ajennings@rasflaw.com
      Danielle   Boyle-Ebersole    on behalf of Creditor    West Coast Servicing, Inc.
       debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
      Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
       dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
       kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
      Kevin M. Buttery    on behalf of Loss Mitigation    West Coast Servicing Inc. bkyefile@rasflaw.com
      Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
       bkyecf@rasflaw.com;legerman@rasnj.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William H. Oliver, Jr.    on behalf of Debtor Glenn Angelo Robertello woliver@oliverandlegg.com,
       R59915@notify.bestcase.com
                                                                                                      TOTAL: 9